# United States District Court
## Criminal Minutes – INITIAL APPEARANCE/ARRAIGNMENT

| | | | |
|---|---|---|---|
| **Time Commenced** | 12:10 p.m. | **Case No.** | 3:20-cr-33-01 |
| **Time Concluded** | 12:18 p.m. | **Date** | May 28, 2020 |

**PRESENT:**  HONORABLE  **MICHAEL J. FRANK**  UNITED STATES MAGISTRATE JUDGE

| DAVID GOLDBERG | | PNS DIGITAL | Keri Igney |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

| **U.S.A. v DEFENDANT LISTED BELOW** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| (1) TONY STREETER | (1) THOMAS KEITH, AFPD |
| ✓ Present   ✓ Custody    O/R | ✓ Present   ✓ Appointed    Retained |

**DOCKET ENTRY:**  Initial Appearance and Arraignment.  Defense Counsel to provide copy of Indictment to Defendant.  Defendant waived Formal Reading of Indictment.  Government moves for detention.  Defendant requests Detention Hearing which is scheduled for June 1, 2020 at 11:00 a.m. before U.S. MAGISTRATE JUDGE HOPE T. CANNON.  Jury Trial is scheduled for August 3, 2020 with Attorney Conference to begin at 8:00 a.m. and jury selection to follow before U.S. DISTRICT JUDGE M. CASEY RODGERS.

**PROCEEDINGS – Initial Appearance/Arraignment:**

12:10 p.m.  Court in Session
Defendant advised he is before a United States Magistrate Judge.
Defendant advised of charges against him, penalties and fines.
Defendant advised not to make any statement before consulting an attorney.
Defendant advised of his right to hire counsel or have counsel appointed.
Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.
Defendant appointed the services of the Federal Public Defender.  (*see separate order*)
Government moves for detention.
Defendant requests Detention Hearing.  Hearing scheduled for:  June 1, 2020 @ 11:00 a.m. before U.S. MAGISTRATE JUDGE HOPE T. CANNON
Defendant arraigned for trial.
Defendant waives formal reading of the Indictment.
Defendant entered plea of NOT GUILTY on Counts 1 through 4.
Jury Trial scheduled for August 3, 2020 at 8:00 a.m. before U.S. DISTRICT JUDGE CASEY M. RODGERS
12:18 p.m.  Court is adjourned.

**Filed May 28, 2020**
Deputy Clerk:  K.L. Igney in attendance via EPS Barix pursuant to 4:95-mc-40111, Doc. No. 355