UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 3:20cr33-001-MCR

TONY M. STREETER

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  TONY M. STREETER
                                                                                              Name
and bring him or her forthwith to the nearest magistrate to answer an

**Indictment**

charging him or her with:

Count 1:   Distribution of Methamphetamine
Count 2:   Possession with Intent to Distribute Methampletamine
Count 3:   Felon in Possession of a Firearm and Ammunition
Count 4:   Conspiracy to Commit Malicious Burning

in violation of Title 21 United States Code, Sections 841(a)(1) & (b)(1)(C) and
Title 18 United States Code, Sections 922(g)(1) & 924(e) and 844(n) & 844(f)(1)

Jessica J. Lyublanovits
Name of Issuing Officer

s/ Susan Simms
Deputy Clerk: Susan Simms

Clerk of Court
Title of Issuing Officer

May 22, 2020   Pensacola
Date and Location

Bail fixed at $_____
and/or in accordance with Comprehensive Crime
Control Act of 1984.

by   Elizabeth M. Timothy
         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 5-26-20 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5-28-20 | ATF SA Adam Zettlemoyel | [signature] |