**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case Nos.: 3:20cr33/MCR/MAL**
**3:23cv12236/MCR/MAL**

**TONY M. STREETER,**

**Defendant.**
_______________________________/

# O R D E R

The magistrate judge issued a Report and Recommendation dated July 6, 2026. ECF No. 192. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and all timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 192, is adopted and incorporated by reference in this order.

2. Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 187, is **DENIED;** and

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 10th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**